NO. 30743

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE ROBERT JAMES STEINERT, II, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, JJ.,
and Circuit Judge Crandall, assigned by reason of vacancy)

Upon consideration of the Petition to Resign and Surrender License to practice law in the State of Hawai'i, submitted by Petitioner Robert James Steinert II, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and in consideration of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted. Petitioner shall surrender his license to practice law to the Clerk forthwith.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Robert James Steinert II, attorney number 2786, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, October 21, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Virginia L. Crandall

